**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6052**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

PETE NOBLE MUHAMMAD, a/k/a Pete Smith, a/k/a Jose,

Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  William L. Osteen, Jr., District Judge.  (2:93-cr-00117-WO-1)

Submitted:  November 30, 2010        Decided:  December 6, 2010

Before WILKINSON, KEENAN, and WYNN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Pete Noble Muhammad, Appellant Pro Se.  Anna Mills Wagoner, OFFICE OF THE UNITED STATES ATTORNEY, Greensboro, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Pete Noble Muhammad seeks to appeal the district court's order denying various motions Muhammad had filed regarding his term of supervised release. In denying Muhammad relief, the district court noted that the issues raised in Muhammad's motions would be addressed during the course of his then-pending supervised release revocation proceedings. This court may exercise jurisdiction only over final orders. 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders. 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Muhammad seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED